UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:05CV266 HEA |
| ANGELA MILLS, JACQELINE HOUSTON, SHEILA Y. TILLMAN-WILKS, ANTHONY R. TILLMAN, CHARLOTTE P. TILLMAN, VINCENT B. TILLMAN, RENEE L. MILLS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Court's own motion. Plaintiff filed its

Interpleader Complaint on February 9, 2005, wherein it states that Arthur Mills,

now deceased, was a participant in a life insurance benefits program and was

enrolled for $12,477.00. The above-named Defendants are the adult children of

Arthur Mills. Plaintiff asks this Court to settle and adjust the life insurance claims

of Defendants and to permit Plaintiff to deposit the amount in question into the

Registry of the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall deposit the funds in question into the registry of the Court. The instrument to be deposited shall be made payable to the Clerk, U.S. District Court.

Dated this 29th day of September, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE