UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:05CV266 HEA ) |
| ANGELA MILLS, JACQELINE HOUSTON, SHEILA Y. TILLMAN-WILKS, ANTHONY R. TILLMAN, CHARLOTTE P. TILLMAN, VINCENT B. TILLMAN, RENEE L. MILLS, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Discharge, [#20]. Defendants have responded to the motion. For the reasons set forth below, Plaintiff's motion is granted.

Plaintiff filed its Interpleader Complaint on February 9, 2005, wherein it states that Arthur Mills, now deceased, was a participant in a life insurance benefits program and was enrolled for $12,477.00. The above-named Defendants are the adult children of Arthur Mills. On September 29, 2005, this Court ordered Plaintiff to deposit the fund in question into the Registry of the Court, and Plaintiff did so.

Plaintiff now moves this Court to discharge it, because it has deposited $13,805.93 (representing the policy proceeds of $12,477.00 plus applicable interest) with the Court, and is now entitled to be discharged from this action. Plaintiffs also request $1,500.00 in

attorneys' fees and costs, which is less than half of the amount it claims it actually incurred ($3,422.90).

This Court finds that Plaintiff is entitled to be discharged from this action, because the funds have been deposited with the Court, and Plaintiff claims no other interest in this action. The case remains before the Court pending the resolution of Defendants' claims.[1] The Court also finds that Plaintiff is entitled to be reimbursed from the fund in the amount of $1,500.00 for its attorneys' fees and costs in bringing this action in interpleader.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Discharge, [#20] is granted; Plaintiff is hereby discharged from this cause of action;

**IT IS FURTHER ORDERED** that Plaintiff shall be reimbursed from the fund for its attorneys' fees and costs in the amount of ONE THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($1,500.00).

Dated this 26th day of October, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

---

[1] Defendants, who are adverse claimants in this action, may now litigate their dispute over the fund between themselves.