UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 4:05CV266 HEA |
| ANGELA MILLS, ) JACQELINE HOUSTON, ) SHEILA Y. TILLMAN-WILKS, ) ANTHONY R. TILLMAN, ) CHARLOTTE P. TILLMAN, ) VINCENT B. TILLMAN, ) RENEE L. MILLS, ) ) Defendants. ) | |

## MEMORANDUM AND ORDER

On November 16, 2005, a hearing was held in order to reach a resolution regarding Defendants's claims in this cause of action. As a matter of background, Plaintiff, Metropolitan Life Insurance, filed its Interpleader Complaint claiming that Arthur Mills, now deceased, was a participant in a life insurance benefits program and was enrolled for $12,477.00. The above-named Defendants are the adult children of Arthur Mills.

On October 26, 2005, Plaintiff was discharged from the case, because it deposited $13,805.93 (representing the policy proceeds of $12,477.00 plus applicable

interest) with the Court. This Court also found Plaintiff was entitled to $1,500.00 in attorneys' fees and costs, which is less than half of the amount Plaintiff claimed it actually incurred ($3,422.90). The case, however, remained before the Court pending the resolution of Defendants' dispute over the fund.

After hearing testimony of Defendants (save Defendant Sheila Y. Tillman-Wilks, who was not present due to illness), the Court concludes that the seven above-named Defendants are entitled to an equal share of $12,305.93, which represents the remaining policy proceeds after payment of attorneys' fees and costs.

Accordingly,

**IT IS HEREBY ORDERED** that each of the seven Defendants in this cause is entitled to ONE THOUSAND SEVEN HUNDRED FIFTY-SEVEN AND NINETY-NINE CENTS ($1757.99), which represents an equal share of the life insurance policy proceeds;

**IT IS FURTHER ORDERED** that the policy proceeds shall be disbursed to Defendants pursuant to the attachment to this Order, which shall be filed under seal.

Dated this 17th day of November, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE