UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 4:05CV266 HEA |
| ANGELA MILLS, ) JACQELINE HOUSTON, ) SHEILA Y. TILLMAN-WILKS, ) ANTHONY R. TILLMAN, ) CHARLOTTE P. TILLMAN, ) VINCENT B. TILLMAN, ) RENEE L. MILLS, ) ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER - AMENDMENT**

In its Order dated November 16, 2005, this Court concluded that the seven above-named Defendants were entitled to an equal share of $12,305.93, which represents the remaining policy proceeds after payment of attorneys' fees and costs. The actual amount disbursed to each Defendant, however, will reflect any accrued interest (payable to Defendants) and any administrative fees (payable to the Clerk of the Court).

Accordingly,

**IT IS HEREBY ORDERED** that the policy proceeds shall be disbursed to

Defendants pursuant to the Attachment to the November 16, 2005 Order (filed under seal);

**IT IS FURTHER ORDERED** that each Defendant's respective share of the proceeds, as enumerated in the Attachment to the November 16, 2005 Order, shall be plus accrued interest (payable to Defendants) and less administrative fees (payable to the Clerk of the Court).

Dated this 28th day of November, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE